```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

NATHAN GORDON LACKEY                                         PLAINTIFF

      V.                    Civil No. 13-6142

JANE DOE #1 (attending
physician at the Ouachita
River Correctional Unit
ORCU); JANE DOE #2 (nurse
at ORCU); JANE DOE #3 (nurse
at ORCU); FNU (first name
unknown) GRAHAM; FNU COOK;
BILLY ROBERTSON; WILLIAM
MCLEAN; CASEY CASEY; CHEYENNE
BROOME; NANETTE VOWELL; PAUL
WALTER and DANIELLE HARTFORD                                DEFENDANTS

## O R D E R

On this 16th day of March 2015, there comes on for consideration the report and recommendation filed in this case on February 23, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. (Doc. 27). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motions to Dismiss (docs. 23 & 25) are GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge